UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------

Bryan Lee & Michelle Lee,
Husband & Wife,
Plaintiffs

vs.

Burt & Associates, Gregory Wells,
E. Reynolds, William Bros,
Defendants

------------------------

FILE NO. 00-466 ADM/AJB

**STIPULATION AND ORDER**

The parties, through counsel, have stipulated and agreed that Defendants may respond to the Complaint in this matter on or before July 20, 2000.

Dated: 26 June, 2000

Steven T. Appelget
Attorney for Plaintiffs
1102 Grand Avenue
Saint Paul, MN 55104
(651) 224-5079

Dated: 6-29-00

Mark A. Bukaty
Attorney for Defendants
311 N. Market Street
Suite 300
Dallas, TX 75202
(214) 672-9360

**ORDER**

Based upon the foregoing Stipulation, Defendants may respond to the Complaint in this matter on or before July 20, 2000.

Dated: 7/5/00

M AGATHA
Judge of District Court

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______